UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMINO FLORES,<br><br>　　　　　Plaintiff(s),<br><br>　VS.<br><br>ETS SERVICES, LLC, et al.,<br><br>　　　　　Defendant(s). | Case No. CV 11-00982-RGK (PLAx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AS TO DEFENDANTS ETS SERVICES AND DEUTSCHE BANK NATIONAL TRUST CO. |

On June 22, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution as to defendants ETS Services LLC and Deutsche Bank National Trust Co. Plaintiff was ordered to respond not later than July 6, 2011. As of this date, no response has been filed, therefore, the matter is ordered dismissed as to defendants ETS Services LLC and Deutsche Bank National Trust Co.

**IT IS SO ORDERED.**

Dated: July 8, 2011

　　　　　　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE