JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00982-RGK (PLAx) | Date | August 19, 2011 |
|---|---|---|---|
| Title | FLORES v. ETS SERVICES, L.L.C. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Dismissing Action for Lack of Prosecution**

On June 22, 2011, the Court issued an order granting Defendant Performance Credit LLC's Motion to Quash Service. In the order, the Court granted Plaintiff to effect service on Performance within forty-five days from the entry of that Order. That time has since passed, and Court records indicate that Plaintiff has not effected proper service on Performance. Therefore, the matter is ordered dismissed as to Defendant Performance Credit LLC, erroneously sued as Encore, LLC.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | slw | |